*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



# MEMORANDUM OPINION

No. 04-11-00273-CV

Tracy James **JEWELL**,
Appellant

v.

Melonie Rose **JEWELL**,
Appellee

From the 216th Judicial District Court, Bandera County, Texas
Trial Court No. FL-11-007
Honorable Thomas F. Lee, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Steven C. Hilbig, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  October 5, 2011

DISMISSED FOR WANT OF PROSECUTION

Tracey James Jewell appealed the trial court's judgment rendered on April 22, 2011. Jewell's brief was due on August 12, 2011. Neither the brief nor a motion for extension of time was filed. On August 31, 2011, we ordered Appellant to file, not later than September 12, 2011, his appellant's brief and a written response reasonably explaining his failure to timely file the brief. We advised Appellant that if he failed to file a brief and the written response by the date ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see*

*also* TEX. R. APP. P. 42.3(c) (court may dismiss appeal because appellant has failed to comply with a court order within the time provided). Appellant has not filed a brief or the written response ordered by the court.

We therefore **order** this appeal dismissed for want of prosecution. We further **order** that appellee, Melonie Rose Jewell, recover her costs in this appeal from Tracy James Jewell.


PER CURIAM